1052

No. 72–583.  BEARDEN *v.* METROPOLITAN DADE COUNTY. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 72–585.  PEPPER & TANNER, INC. *v.* INTERNATIONAL EQUITY CORP.  Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.

No. 72–588.  LOYAL ORDER OF MOOSE, LODGE No. 107 *v.* PENNSYLVANIA HUMAN RELATIONS COMMISSION.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 72–589.  KRAUSE, ADMINISTRATOR *v.* OHIO.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 72–600.  CITIES SERVICE GAS CO. *v.* WESTERN NATURAL GAS CO. ET AL.  Appeal from Sup. Ct. Okla. dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5529.  IN RE NEGRON.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–582.  LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* SHIRLEY ET AL.  Appeal from D. C. N. D. N. Y.  Judgment vacated and case remanded for further consideration in light of Chapter 687 of the 1972 Laws of New York (N. Y. Soc. Serv. Law § 101–a, as amended).  *Diffenderfer* v. *Central Baptist Church,* 404 U. S. 412 (1972).